ESTELLA McCARTHY, respondent,

v.

EPHRAIM CUTTER et al., appellants.

[Submitted December 7th, 1909.   Decided February 28th, 1910.]

On appeal from a decree of the court of chancery advised by
Vice-Chancellor Howell.

*Mr. Patrick H. Gilhooly* and *Mr. Samuel Koestler*, for the
respondent.

*Mr. Charles Hommann*, for the appellants.

PER CURIAM.

This is an appeal from an interlocutory decree directing the
appellants, who are executors and trustees under the will of
Samuel Dally, deceased, to render an account of their steward-
ship.   Dally died in 1895.   The complainant, by the terms of
his will, is entitled to one-fourth of the income of his residuary
estate.   No account at all was filed by the appellants from the
time of his death until the year 1903, and no account has been
filed by them since the latter date.   They have made but one
payment to the complainant under the residuary devise to her.
That payment was made in December, 1900, and amounted to
$90.   The right of the complainant to an accounting under these

*6 Buch.* McCarthy *v.* Cutter.

circumstances is so plain that no attempt, has been made by the appellants to support their appeal, either by printed brief or oral argument. It has practically been abandoned, and should never have been taken.

The decree brought up by the appeal will be affirmed.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, REED, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, GRAY, DILL, CONGDON—15.

*For reversal*—None.